IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DANIELLE SIMPSON, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:04-CV-485 |
| NATHANIEL QUARTERMAN, Director, | § | |
| Texas Department of Criminal | § | |
| Justice, Institutional Division, | § | |
| | § | |
| *Respondent*. | § | |

## PETITIONER'S FIRST WITNESS LIST

TO THE HONORABLE U.S. DISTRICT COURT:

COMES NOW PETITIONER, DANIELLE SIMPSON, by and through his attorney of record, and designates the following witnesses:

### Witnesses by Danielle Simpson

| | | |
|---|---|---|
| Joan Mayfield, Ph.D. | Professor of pediatric neuropsychology at the children's section of the Baylor College of Medicine in Dallas | |
| Ms. Toni Knox | Adaptive behavior investigator | |
| Brenda Simpson | Mother of Simpson | We will also submit her 2000 trial transcript as an exhibit. |

| | | |
|---|---|---|
| James Bolton | Father of Simpson | We will also submit his 2000 trial transcript as an exhibit. |
| LaTonya Simpson | Sister of Danielle Simpson | |
| Tangela Bolton | Sister of Danielle Simpson | We will also submit her 2000 trial transcript as an exhibit. |
| Kenya Simpson | Sister of Simpson | We will also submit her 2000 trial transcript as an exhibit. |
| Dwayne Simpson | Cousin of Simpson | |
| Gerald McKinley | Acquaintance of Simpson | |
| Rosa Huffman | Teacher at Westwood Junior High | |
| Dr. Paul Andrews | Tyler psychologist | He will not testify live. His testimony from Simpson's 2000 trial will be introduced. Alternatively, he will be called as a witness if the Court denies Simpson's application for authorization of experts, but authorizes funding for this expert. |

| | | |
|---|---|---|
| Dr. Merril Wise | Pediatric neurologist, and formerly instructor at the Baylor College of Medicine. He now works in Atlanta. | He will not testify live. His testimony from Simpson's 2000 trial will be introduced. Alternatively, he will be called as a witness if the Court denies Simpson's application for authorization of experts, but authorizes funding for this expert. |
| Dr. Barry Mills | Chief psychiatrist for the Maximum Security Program Behavior Management Program at Vernon State Hospital | He will not testify live. His testimony from Simpson's 2000 trial will be introduced. Alternatively, he will be called as a witness if the Court denies Simpson's application for authorization of experts, but authorizes funding for this expert. |
| Dr. Wendell Dickerson | Psychologist, Bryan, Texas | He has retired. He will not testify live. His affidavit and examination report will be introduced. |
| Neuro Radiologist | Unknown at present. | It will be necessary to obtain appointment of a neuro radiologist to examine Simpson's MRIs for purpose providing a report to Dr. Mayfield explaining the nature and extent of Simpson's brain damage. This expert will not need to testify live. |

Respectfully submitted this 8 day of November 2008,

*/s/ James W. Volberding*
_____
**JAMES W. VOLBERDING**
SBN: 00786313

Plaza Tower
110 North College Avenue
Suite 1850
Tyler, Texas 75702

(903) 597-6622 (Office)
(903) 597-5522 (fax)
*e-mail: volberding@attglobal.net*

*/s/ Joseph C. Hawthorn*
_____
**JOSEPH C. HAWTHORN**
SBN: 09258000

Hawthorn & Hawthorn
485 Milam Street
Beaumont, Texas 77701-3518

(409) 838-3969
*email: lumh@aol.com*

Appointed Counsel for Danielle Simpson

Case 1:04-cv-00485-RC   Document 66   Filed 11/08/08   Page 5 of 5 PageID #: 1013

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this pleading has been delivered this 8 day of November 2008 to:

Mr. Georgette Oden
Office of the Attorney General                               *Counsel for the Respondent*
Capital Litigation Division
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
(512) 936-1600 (voice)
(512) 320-8132 (fax)

by the following means:

|       |                                              |
|-------|----------------------------------------------|
| _____ | By U.S. Postal Service Certified Mail, R.R.R. |
| _____ | By First Class U.S. Mail                      |
| _____ | By Special Courier _____    |
| _____ | By Hand Delivery                              |
| _____ | By Fax <u>before</u> 5 p.m.,                  |
| _____ | By Fax <u>after</u> 5 p.m.                    |
| _X___ | By email before 5 p.m.                        |

*/s/ James W. Volberding*

_____
JAMES W. VOLBERDING