# Invoice

# Joan W. Mayfield, Ph.D.

Pediatric Neuropsychologist
9735 Windham Drive
Dallas, TX 75243

**Date:** 10/19/2008

**Bill To:**
Mr. James W. Volberding
Attorney and Counselor at Law
Plaza Tower
110 North College Ave, Suite 1850
Tyler, Texas 75702

**Case:** Simpson Case

| Quantity | Description | Rate | Date | Amount |
|---|---|---|---|---|
| 2.5 | Review of Records | 350.00 | 10/3/2008 | 875.00 |
| | Discount | -25.00% | | -218.75 |
| 2.25 | review of Records | 350.00 | 10/4/2008 | 787.50 |
| | Discount | -25.00% | | -196.88 |
| 0.75 | Review of Records | 350.00 | 10/5/2008 | 262.50 |
| | Discount | -25.00% | | -65.63 |
| 1.5 | Review of Records | 350.00 | 10/9/2008 | 525.00 |
| | Discount | -25.00% | | -131.25 |
| 3 | Review of Records | 350.00 | 10/10/2008 | 1,050.00 |
| | Discount | -25.00% | | -262.50 |
| 2.5 | Review of Records | 350.00 | 10/18/2008 | 875.00 |
| | Discount | -25.00% | | -218.75 |

**Total** $3,281.24