# Joan W. Mayfield, Ph.D.

Pediatric Neuropsychologist  
9735 Windham Drive  
Dallas, TX 75243

Invoice

| Date |
|---|
| 11/29/2008 |

**Bill To**

Mr. James W. Volberding  
Attorney and Counselor at Law  
Plaza Tower  
110 North College Ave, Suite 1850  
Tyler, Texas 75702

| Case |
|---|
| Simpson Case |

| Quantity | Description | Rate | Date | Amount |
|---|---|---|---|---|
| 2.5 | Review of Records | 350.00 | 10/3/2008 | 875.00 |
|  | Discount | -25.00% |  | -218.75 |
| 2.25 | review of Records | 350.00 | 10/4/2008 | 787.50 |
|  | Discount | -25.00% |  | -196.88 |
| 0.75 | Review of Records | 350.00 | 10/5/2008 | 262.50 |
|  | Discount | -25.00% |  | -65.63 |
| 1.5 | Review of Records | 350.00 | 10/9/2008 | 525.00 |
|  | Discount | -25.00% |  | -131.25 |
| 3 | Review of Records | 350.00 | 10/10/2008 | 1,050.00 |
|  | Discount | -25.00% |  | -262.50 |
| 2.5 | Review of Records | 350.00 | 10/18/2008 | 875.00 |
|  | Discount | -25.00% |  | -218.75 |
| 2 | Travel | 350.00 | 10/31/2008 | 700.00 |
|  | Discount | -25.00% |  | -175.00 |

**Total** $3,806.24