Account #: 659546   Invoice #: B1-15602135   Invoice Date: November 30, 2008



For invoice inquiries, please contact us at
billing@intercall.com or 877-211-6858

James Volberding
James Volberding Personal Account
110 North College Avenue
Suite 1850
Tyler, TX 75702

## INVOICE

**Remittance:**
Please make payable in U.S. Dollars, and note your Account Number on your check.

**Mail Remittance To:**
InterCall
15272 Collections Center Drive
Chicago, IL 60693

Fed-ID: 58-1942497

| | |
|---|---|
| Current Charges: | PAID $411.95 |
| Amount Past Due: | $0.00 |
| **Total Amount Due:** | **$411.95** |

*Unless agreed otherwise in the Agreement (as defined herein), all amounts are due by 12/14/08 and amounts not received by 12/14/08 are subject to a late fee of 1.5% per month or the maximum amount allowed by law.*

---

**Current Charges Listed Above**

**PAID**

**By CREDIT CARD**

**12/07/2008**

---

Account #: 659546   Invoice #: B1-15602135   Invoice Date: November 30, 2008

west
InterCall is a Subsidiary
of West Corporation

## PRODUCT AND SERVICE UPDATES

**Notice: Last month inaccurate International Toll Free Surcharge rates were posted to our web site. Accurate rates are now available on our web site and are applied to your international toll-free usage this month, unless otherwise negotiated.Notice: InterCall has recently updated its standard terms and conditions. If you are a Customer subject to a written Service agreement executed by Customer and InterCall, this change will not affect you. Otherwise, the terms and conditions applicable to Customer have been updated as set forth at http://www.intercall.com/terms and effective after December 1, 2007, all invoiced amounts are due on receipt of invoice and amounts not received within 20 days from invoice date are subject to a late fee of 1.5% per month or the maximum amount allowed by law. If you do not agree with the above, do not use the Services. On June 30th, 2008 the FCC entered an order determining that all audio bridging service providers must contribute directly to the Federal USF. On or after Oct 1, 2008 USF will be applicable to all United States billed audio usage, regardless of the origination or destination countries of the attendees. This includes all associated audio conferencing feature usage and applicable service fees. You will see a new line item on your invoice separating Federal, State, Local Taxes and Fees beginning on your October statement. For more information please visit: http://www.intercall.com/customer-center/resources.php.**

VISIT **WWW.INTERCALL.COM** FOR MORE PRODUCT INFORMATION,
TRAINING AND OTHER RESOURCES

## LEGAL INFORMATION

By ordering or using Services provided by or through InterCall, you agree to  be bound by the Terms and Conditions set forth at   http://www.intercall.com/terms.php or, in the alternative if applicable, a written Service Agreement   executed by you and InterCall (in either case the "Agreement"). Furthermore you  agree to be charged for the Services at rates specifically negotiated by  you  and agreed to by InterCall and all other Services, fees or surcharges will  be  charged at InterCall's standard rates. You may obtain InterCall's  standard  rates through your sales or account representative or in some cases your  web  account.  If you do not agree with the above, do not use the Services.

## CURRENT CHARGE SUMMARY

**Company:** James Volberding Personal Account
**Account:**  James Volberding Personal Account

|  | Owner Number | Confs | Minutes | Charges | Enhanced Products and Features | Total Charges |
|---|---|---|---|---|---|---|
| James Volberding Personal Account | | | | | | |
| Volberding, James | 4215207 | 5 | 768 | $330.24 | $31.67 | $361.91 |
| **Account Total** | | **5** | **768** | **$330.24** | **$31.67** | **$361.91** |
| | | | State & Local Taxes and Fees | | | $50.04 |
| | | | **Total Charges** | | | **$411.95** |

## CALL TYPE DESCRIPTIONS

| Bill Code | Name |
|---|---|
| R8 | Reservationless-Plus 800 |

# CONFERENCE DETAIL

**Owner: Volberding, James**

| Conference | Date | Time | Attendees | Minutes | Total Charges |
|---|---|---|---|---|---|
| 72336032 | 11/03/08 | 16:57ET | 1 | 2 | $16.99 |

Reserved By: James,Volberding
Reservationless-Plus

| Connect | Attendee | Call Number | Type | Minutes | Charge |
|---|---|---|---|---|---|
| 16:57ET | eRes-Plus - 9035976622 LDR | | R8 | 2 | $0.86 |
| Conference Minimum - Reservation Plus | | 1 @ $14.140 | | | $14.14 |
| State & Local Taxes and Fees | | | | | $1.99 |

| Conference | Date | Time | Attendees | Minutes | Total Charges |
|---|---|---|---|---|---|
| 72352162 | 11/03/08 | 18:26ET | 5 | 459 | $224.77 |

Reserved By: James,Volberding
Reservationless-Plus

| Connect | Attendee | Call Number | Type | Minutes | Charge |
|---|---|---|---|---|---|
| 18:31ET | eRes-Plus - 2144156753 | | R8 | 89 | $38.27 |
| 18:29ET | eRes-Plus - 2144611077 | | R8 | 91 | $39.13 |
| 18:27ET | eRes-Plus - 4098926200 | | R8 | 93 | $39.99 |
| 18:28ET | eRes-Plus - 5123213747 | | R8 | 92 | $39.56 |
| 18:26ET | eRes-Plus - 9035976622 LDR | | R8 | 94 | $40.42 |
| State & Local Taxes and Fees | | | | | $27.40 |

| Conference | Date | Time | Attendees | Minutes | Total Charges |
|---|---|---|---|---|---|
| 74424865 | 11/17/08 | 14:15ET | 1 | 2 | $16.99 |

Reserved By: James,Volberding
Reservationless-Plus

| Connect | Attendee | Call Number | Type | Minutes | Charge |
|---|---|---|---|---|---|
| 14:15ET | eRes-Plus - 9035976622 LDR | | R8 | 2 | $0.86 |
| Conference Minimum - Reservation Plus | | 1 @ $14.140 | | | $14.14 |
| State & Local Taxes and Fees | | | | | $1.99 |

| Conference | Date | Time | Attendees | Minutes | Total Charges |
|---|---|---|---|---|---|
| 74464116 | 11/17/08 | 15:25ET | 4 | 278 | $136.13 |

Reserved By: James,Volberding
Reservationless-Plus

| Connect | Attendee | Call Number | Type | Minutes | Charge |
|---|---|---|---|---|---|
| 15:27ET | eRes-Plus - 4093842229 | | R8 | 70 | $30.10 |
| 15:25ET | eRes-Plus - 4096547000 | | R8 | 72 | $30.96 |
| 15:33ET | eRes-Plus - 5124721446 | | R8 | 64 | $27.52 |
| 15:25ET | eRes-Plus - 9035976622 LDR | | R8 | 72 | $30.96 |
| State & Local Taxes and Fees | | | | | $16.59 |

## CONFERENCE DETAIL

**Owner: Volberding, James**

| Conference | Date | Time | Attendees | Minutes | Total Charges |
|---|---|---|---|---|---|
| 75541949 | 11/24/08 | 15:29ET | 3 | 27 | $17.07 |

Reserved By: James,Volberding
Reservationless-Plus

| Connect | Attendee | Call Number | Type | Minutes | Charge |
|---|---|---|---|---|---|
| 15:29ET | eRes-Plus - 4096547000 | | R8 | 10 | $4.30 |
| 15:32ET | eRes-Plus - 5124721446 | | R8 | 7 | $3.01 |
| 15:29ET | eRes-Plus - 9035975522 LDR | | R8 | 10 | $4.30 |
| Conference Minimum - Reservation Plus | | 1 @ $3.390 | | | $3.39 |
| State & Local Taxes and Fees | | | | | $2.07 |

## TAXES AND FEES SUMMARY

**Taxes:**

| | |
|---|---|
| State Taxes | $22.62 |

**Other Fees:**

| | |
|---|---|
| Service Fees | $25.34 |
| Telecom Surcharge | $2.08 |