Invoice

# Joan W. Mayfield, Ph.D.

Pediatric Neuropsychologist
9735 Windham Drive
Dallas, TX 75243

| Date |
|---|
| 12/6/2008 |

| Bill To |
|---|
| Mr. James W. Volberding<br>Attorney and Counselor at Law<br>Plaza Tower<br>110 North College Ave, Suite 1850<br>Tyler, Texas 75702 |

| Case |
|---|
| Simpson |

| Quantity | Description | Rate | Date | Amount |
|---|---|---|---|---|
| 3.5 | Review of records and preparation for trial | 350.00 | 11/30/2008 | 1,225.00 |
| | Discount | -25.00% | | -306.25 |
| 2 | Review of records and preparation for trial | 350.00 | 12/1/2008 | 700.00 |
| | Discount | -25.00% | | -175.00 |
| 5 | Review of records and preparation for trial | 350.00 | 12/5/2008 | 1,750.00 |
| | Discount | -25.00% | | -437.50 |
| 4 | Review of records and preparation for trial | 350.00 | 12/6/2008 | 1,400.00 |
| | Discount | -25.00% | | -350.00 |
| | Actual Expenses | | | |
| | FedEx | 28.66 | | 28.66 |

| Total | $3,834.91 |
|---|---|

## FedEx Kinko's Office and Print Center

9147 Skillman Rd
DALLAS, TX 75243

Location:        GVTKS
Device ID:       GVTKS-PQ501
Employee:        2022446
Transaction:     690222867174

PRIORITY OVERNIGHT
8667535987722    0.55 lb (S)        28.

Shipment Subtotal:    28
Total Due:            28
(V) Credit Card:      ****************5314    28

M = Weight entered manually
S = Weight read from scale
T = Taxable item

Subject to additional charges. See FedEx Service Guide at fedex.com for details. All merchandise sales final

Visit us at: fedex.com
Or call 1.800.GoFedEx
1.800.463.3339

November 18, 2008 7:25:06 PM

---

### FedEx US Airbill — Sender's Copy

RETAIN THIS COPY FOR YOUR RECORDS.

FedEx Tracking Number: 8667 5359 8722

**1 From**
Date: 11-18-08
Sender's Name: Jan Mayfield
Sender's FedEx Account Number: (phone) 2148209808
Address: 9135 Windrow Rd
City: Dallas    State: TX    ZIP: 75243

**2 Your Internal Billing Reference**

**3 To**
Recipient's Name: Kaylen Jones    Phone: (972) 913-6818
Company:
Address: 18163 Mapletree Lane
City: Dallas    State: TX    ZIP: 75252

**4a Express Package Service** — FedEx Priority Overnight [X]

**4b Express Freight Service**

**5 Packaging** — FedEx Envelope

**6 Special Handling**

**7 Payment**: Credit Card [X]

Total Packages: 1    Total Weight: .50    Total Declared Value: $ .00

**8 Residential Delivery Signature Options**: No Signature Required [X]

520