Invoice

# Joan W. Mayfield, Ph.D.

Pediatric Neuropsychologist
9735 Windham Drive
Dallas, TX 75243

| Date |
|---|
| 12/7/2008 |

**Bill To**

Mr. James W. Volberding
Attorney and Counselor at Law
Plaza Tower
110 North College Ave, Suite 1850
Tyler, Texas 75702

| Case |
|---|
| Simpson |

| Quantity | Description | Rate | Date | Amount |
|---|---|---|---|---|
| 6 | Travel | 350.00 | 12/7/2008 | 2,100.00 |
|  | Discount | -25.00% |  | -525.00 |
| 3 | Preparation for Trial | 350.00 | 12/7/2008 | 1,050.00 |
|  | Discount | -25.00% |  | -262.50 |
| 3 | Consult with attorney | 350.00 | 12/7/2008 | 1,050.00 |
|  | Discount | -25.00% |  | -262.50 |
| 4 | Testifying at trial | 350.00 | 12/8/2008 | 1,400.00 |
|  | Discount | -25.00% |  | -350.00 |

**Total**   $4,200.00

HARRIS COUNTY
TOLL ROAD
AUTHORITY

HARDY NORTH

Lane No. 10

are Paid - $1.50

04:11:32PM    12-09-08

Have a nice day!

HARRIS COUNTY
TOLL ROAD
AUTHORITY

HARDY SOUTH

Lane No. 03

Fare Paid - $1.50

04:02:48PM    12-09-08

Have a nice day!

HARRIS COUNTY
TOLL ROAD
AUTHORITY

HARDY SOUTH

Lane No. 13

are Paid - $1.50

01:27:11PM    12-07-08

Have a nice day!

HARRIS COUNTY
TOLL ROAD
AUTHORITY

HARDY NORTH

Lane No. 03

Fare Paid - $1.50

01:16:53PM    12-07-08

Have a nice day!

## MCM Elegante' Hotel

2355 I-10 S
Beaumont, TX 77705
Telephone: (409) 842-3600

DR. MAYFIELD
485 MILAM
Beaumont, TX - 77701 UNITED STATES

| Room Number | 415 |
|---|---|
| No. of Guests | 1 |

# Guest Invoice

| Arrival Date | Departure Date | | | Invoice Number |
|---|---|---|---|---|
| 12.07.2008 | 12.09.2008 | | | 271422 / 125819 |

| Date | Quanity | Charge Description | Unit Price | Total | Balance |
|---|---|---|---|---|---|
| 12.07.08 | 1 | | 82.00 | 82.00 | 82.00 |
| 12.07.08 | 1 | City Tax | 7.38 | 7.38 | 89.38 |
| 12.07.08 | 1 | State Tax | 4.92 | 4.92 | 94.30 |
| 12.08.08 | 1 | Room Service | 15.83 | 15.83 | 110.13 |
| 12.08.08 | 1 | | 82.00 | 82.00 | 192.13 |
| 12.08.08 | 1 | City Tax | 7.38 | 7.38 | 199.51 |
| 12.08.08 | 1 | State Tax | 4.92 | 4.92 | 204.43 |
| 12.09.08 | 1 | Hemingways — Room Service meal | 13.80 | 13.80 | 218.23 |
| 12.09.08 | | Payment <Visa> | | -218.23 | 0.00 |

**Total Due:** **0.00**

Terms: Due and payable upon presentation. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or association fails t opay for any part of the full amount of these charges.

Signature: _____    Printed Date 12.09.2008    Page:1/1